FILED

OCT 20 2020

CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

DEPUTY

Request                    Mo: 12-CR-267

I am coming before the court to inform them about what is going on at Terminal Island FCI which is the prison I am at. I Shamus Morris am housed in DS Unit which is the RDAP Dorm. There are case of re-infection in the RDAP Dorm inmates names are Robert Krietzman 24503-111, Anthony Magaña, Julio Fraga 64354-298, and Simmons 09531-068. This is information I would like the court to put in there minds about my Compassionate Release I have filed with the courts. The Warden F Pance has not been informing the courts about the new cases of COVID-19 and has lied about it to the courts in Oregon. They are putting my life in danger and have not in anyway try to make sure the lifes of the inmates at Terminal Island safe.

Would the court please add this information to the Argument of granting my compassionate release. The petitioner would like the courts to also know that the Unit Team at Oklahoma City FTC not only did not submit my compassionate release but refuse to even file my informal remedys I have given them. I am now going through the motions st Terminal Island to file for my compassionate release. These new cases of COVID-19 happened on 10-15-2020

Certificate of Credibility

I Shamus Morris do swear to the courts
everything contained in this motion and Request is
true to the best of Mr. Morris's Knowledge.

Date: 10-15-2020

Shamus Morris
#05600-380
Terminal Island FCI
Po Box 3007
San Pedro, Ca 90733-3007

Shamus Morris 05600380

Federal Correctional Institution
Terminal Island
Po Box 3007
San Pedro, Ca 90733



**RECEIVED**

OCT 2 0 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

Clerk of the Courts
200 E. Wallstreet RM222
Midland, Tx 79701

7970185201 C081